# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138168
138179
138182

BRIGGS TAX SERVICE, L.L.C.,
        Petitioner-Appellee,

v

DETROIT PUBLIC SCHOOLS, and DETROIT
BOARD OF EDUCATION,
        Respondents-Appellants,
and

CITY OF DETROIT and WAYNE COUNTY
TREASURER,
        Respondents.

SC: 138168
COA: 278865
MTT: 00-319592

_____/

BRIGGS TAX SERVICE, L.L.C.,
        Petitioner-Appellee,

v

DETROIT PUBLIC SCHOOLS, DETROIT
BOARD OF EDUCATION, and WAYNE
COUNTY TREASURER,
        Respondents,
and

CITY OF DETROIT,
        Respondent-Appellant.

SC: 138179
COA: 278865
MTT: 00-319592

_____/

BRIGGS TAX SERVICE, L.L.C.,
          Petitioner-Appellee,

v

DETROIT PUBLIC SCHOOLS, DETROIT
BOARD OF EDUCATION, and CITY OF
DETROIT,
          Respondents,
and

WAYNE COUNTY TREASURER,
          Respondent-Appellant.

SC: 138182
COA: 278865
MTT: 00-319592

_____/

On order of the Court, the applications for leave to appeal the December 23, 2008 judgment of the Court of Appeals are considered, and they are GRANTED, limited to the issue of whether the petitioner's dispute regarding the collection of property taxes for tax years 2002, 2003, and 2004 involved a mutual mistake of fact made by the assessing officer and the taxpayer such that the three-year limitation period of MCL 211.53a applies to the petitioner's claims.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2009

_____
Clerk

0526